Banica Tulay, Roxas City
Philippines, 5800
maydanieles128@gmail.com
August 9, 2024

Dear Honorable Michael Brett,

I am May B. Danieles, an Administrative Assistant at the Department of Education Capiz Division. I am writing about Mr. Andrew Golubic, who is married to my sister, Crizlyn Bartolo Golubic. I have known him since 2019, before he married my sister, as she had shared with me his background and life story. As of that time, my perception of him is based solely on my sister's description.

When Andrew planned to have a vacation here in Capiz, Philippines, he also decided to get married here. My boyfriend, who is now my husband, and I helped them with their wedding preparations. During his vacation, meeting him finally in person and meeting my family was exactly what my sister told me about his character. I was really impressed by how loving he is as a father to his beautiful daughters. I also found it amazing that he takes care of his mother, even though they don't live under the same roof. He often visits her and checks in on her well-being. Additionally, he supports his daughters in their passions, like helping his eldest daughter with her football. While he described his daughters to us during a visit to our house, it was clear that he's a proud father and a good son to his mother. I was shocked when he was accused of something I know he would never do without permission because of his respect to his mother and especially he has daughters. I have known Andrew Golubic as a person with a very good moral character.

Thank you for your time, and I hope this letter will serve as a reference to his character. If you have any questions, please do not hesitate to contact me.

Respectfully yours,
May B. Danieles

Whitney Struck
718 Roxbury Ln
Noblesville, IN 46062
whitneystruck@gmail.com
317-358-9247

September 4th, 2024

Re: Andrew Golobic

To: The Honorable Judge Barrett,

I have known Andrew (Andy) Golobic as my sister's ex-husband, father to my nieces and friend for about 19 years. I was both troubled and surprised to hear about his recent case as he has always been a solid person. It is for this reason I am happy to write a letter of reference for Andy regarding this matter. I understand the seriousness of this matter, however, I hope the court will show some leniency .

Andy Golobic has always been and upright character in the community. In our family/friendship, he has really been a loyal, kind, caring, and honest person who has been there for me and my family, especially when my parents have needed a helping hand as they are aging. He has done this even while being the ex-husband to my sister when he didn't need to. A couple examples of this were when Andy traveled to Colorado on his own dime and time to assist my father in moving back to Ohio, he has helped my mother with manual labor including installing carpet for her. Andy has also shown is service to the country and the community through his time in the Navy, his career and willingness to help those in the community in need. Andy is always willing to provide financial help to anyone in need to help pay bills or even just get a meal.

In addition to our friendship, he is a wonderful father and uncle to his and mine. Andy is an involved father who attends school activities, sporting events and plays an active role in their education. He enjoys spending time in nature and taking the girls on hikes. While it is unfortunate that he put himself in a bad position, thus resulting in this case. While I was surprised to hear of the situation, it comes as no surprise that he is ready to accept responsibility for his actions. I believe that as we move forward, he will emerge a better person.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Andy Golobic to be an honorable individual, a valuable member of my community and family, and a good human being.

Sincerely,

*Whitney Struck*

Whitney B Struck

Sheri Golobic
Sherig@dreginc.com
951-249-1942

September 11, 2024

The Honorable Michael R. Barrett
Re: Character Reference for Andrew John Golobic

Dear Judge Barrett,

I am writing to provide a character reference for my brother, Andrew J. Golobic who is due to appear before you for sentencing. He is the youngest of us children, and I want to offer a perspective that reflects the person I know, who is very different from the portrayal by the prosecution.

My brother Andy has always been a man of integrity and dedication. He is a Navy veteran who served his country with honor. He has worked for the federal government his whole entire working career with an exemplary record. His work ethic and sense of duty have been recognized by his colleagues and superiors throughout his career.

In addition to his professional life, Andy is a deeply caring individual. He is a devoted father to his two young daughters and takes great care of our elderly mother you lives in Cincinnati close to him. He is a person who consistently puts the needs of his family and friends before his own, and he has built friendships with people from all over the world whom he has helped in various ways.

Andy has been cooperative and truthful through this whole experience. I know my brother, Andy is not the person that he's been accused of being. A jury of his peers has found him not guilty on the most serious of charges. This experience has been extremely difficult for him, our family and close friends. He is determined to move forward and continue to be the kind neighbor, loving brother, Father and faithful friend for the sake of his family and community.

Given his service to his country, and now a disabled veteran, his dedication to his family, and his genuine caring nature, I respectfully ask for leniency and for consideration for the almost 2 years he has already served in jail, so Andy can come home to his family and continue to be a positive force in the lives of his family, friends and those around him.

Thank you for your time and consideration.

Sincerely,
Sheri Golobic
---

Andrew Lee Golobic
28545 Sand Island Way
Menifee, CA
Andrewgolobic@gmail.com
951-230-6768
September 9, 2024

Honorable Judge Michael Barrett

Dear Judge Barrett,

I am writing to provide a character reference for my uncle, Andrew J. Golobic, who is scheduled to be sentenced soon. My name is Andrew L. Golobic and I am Andy's nephew. I am 26 years old, and I have known my uncle all my life.

Growing up without my father in my life, my uncles and grandfather became the primary male influences for me. My uncle Andy in particular, played an important role, offering guidance and support during my formative years. One of my favorite memories from childhood is when he bought me my first bicycle when I was 3 years old. It wasn't just about the bike—it was about his consistent presence and the effort he made to be there for me.

Although it will be two years this November since I last saw him, my uncle's influence has been a lasting one. He has always been a loving and caring figure in our family, someone I could call whenever I needed help or guidance.

I ask that you consider the positive aspects of my uncle's character. He has been an important figure in my life and the lives of others in our family. We lost my Grandpa a few years ago, I cant lose my Uncle Andy too.

Thank you for taking the time to read this letter and for considering my perspective.

Sincerely,
Andrew L. Golobic

## Fwd: Andy Golobic

From: Elle Kerr (ellekerr1@att.net)

To: sarubenstein@yahoo.com

Date: Thursday, March 6, 2025 at 08:21 AM EST

Begin forwarded message:

**From:** Elle Kerr <ellekerr1@att.net>
**Date:** March 5, 2025 at 10:16:29 PM EST
**To:** Elle Kerr <ellekerr1@att.net>
**Subject: Fwd: Andy Golobic**

Sent from my iPhone

Begin forwarded message:

**From:** Elle Kerr <ellekerr1@att.net>
**Date:** February 27, 2025 at 1:22:26 PM EST
**To:** Scott Rubenstein <sarubenstein@yahoo.com>
**Cc:** Elle Kerr <ellekerr1@att.net>
**Subject: Andy Golobic**

Honorable Judge Barrett,

As my dear friend, Andy Golobic faces sentencing. I am compelled to write this letter. Andy is a kind, loving man, devoted to his family.

I asked Andy recently if he gets to come home, how will he spend his time? . His answer was clear that he wants to give back to the community by helping seniors, helping folks rebuild their lives after disaster and animal welfare. We talked about grief counseling for families that have lost a child, since he has battled that first hand. Andy is ready to come home and start that life. I am praying that you will consider time served or community control.

With gratitude,

Elle Kerr

Sent from my iPad

Sent from my iPhone

## Fwd: Andrew Golobic

From: Elle Kerr (ellekerr1@att.net)
To: sarubenstein@yahoo.com
Date: Thursday, March 6, 2025 at 08:21 AM EST

Begin forwarded message:

> From: Patsy Turner <pturner8401@gmail.com>
> Date: March 5, 2025 at 9:13:36 AM EST
> To: Elle Kerr <ellekerr1@att.net>
> Subject: Fwd: Andrew Golobic

Sent from my iPhone

Begin forwarded message:

> From: Patsy Turner <pturner8401@gmail.com>
> Date: March 5, 2025 at 8:56:54 AM EST
> To: ellenkerr1@att.net
> Subject: Fwd: Andrew Golobic

---------- Forwarded message ---------
From: **Elle Kerr** <ellekerr1@att.net>
Date: Wed, Mar 5, 2025 at 8:15 AM
Subject: Andrew Golobic
To: <pturner8401@gmail.com>

Honorable Judge Barrett

I have been faithfully praying for Andy for 2 and a half years. I came to know him through a very close friend of mine of 37 years. My husband and I prayed for him and his wife when they lost their little boy in 2008. I knew the pain he felt since I not only lost one child, but two. I join in a prayer team for Andy and was so excited to learn that he has become a Christian.

Thank you for any consideration, you might give my humble letter.

Patsy Turner

To: Mark Marchok <markmarchok@sbcglobal.net>
Subject: Andrew golobic

Dear your Honor,

    I am writing In Regards To Andrew Golobic and his sentencing. I have know Andy since the seventh grade. I played football with Andy throughout High school. After high school Andy enlisted and served his county in the United States Navy. When you are friends with someone for over 39 years, you know their traits, habits, and personal lives as well as your own. I have never known Andy to make a bad decision towards another human being as long as I've known him! Sure when you are young we all make dumb decisions. Andy never had any bad intentions towards any of his accusers. The way I see it, these accusers were using Andy! Illegal immigrants will do anything to become citizens. To let someone sit in a cell when there is so much that they can give back to the community is a waste. Andy has been locked up for over 2 years. His children are without a father. The time he has served is sufficient enough! I will be present the day of his sentencing. I hope that you consider the whole body of work that Andy has put forth in his life and consider leniency when handing out his sentence. Life is incredibly short. Best regards.

                  Michael S. McVan

## Fwd: Andrew Golobic

From: Elle Kerr (ellekerr1@att.net)

To: sarubenstein@yahoo.com

Date: Wednesday, March 5, 2025 at 09:23 AM EST

Begin forwarded message:

**From:** Patsy Turner <pturner8401@gmail.com>
**Date:** March 5, 2025 at 9:13:36 AM EST
**To:** Elle Kerr <ellekerr1@att.net>
**Subject: Fwd: Andrew Golobic**

Sent from my iPhone

Honorable Judge Barrett

I have been faithfully praying for Andy for 2 and a half years. I came to know him through a very close friend of mine of 37 years. My husband and I prayed for him and his wife when they lost their little boy in 2008. I knew the pain he felt since I not only lost one child, but two. I join in a prayer team for Andy and was so excited to learn that he has become a Christian.

Thank you for any consideration, you might give my humble letter.

Patsy Turner

Sent from my iPad

Sent from my iPhone

## Andy Golobic

From: Elle Kerr (ellekerr1@att.net)
To: sarubenstein@yahoo.com
Date: Sunday, March 2, 2025 at 07:18 PM EST

Sent from my iPhone

Begin forwarded message:

> From: Janette Atkinson <homepetsitter@protonmail.com>
> Date: March 2, 2025 at 7:03:14 PM EST
> To: Elle Kerr <ellekerr1@att.net>
> Subject: (No Subject)
>
> Judge Barrett,
>
> I am writing on behalf of Andy Golobic. While I have never met Andy, I feel as though I have gotten to know him personally through my client, Elle Kerr. She and her husband are close friends with Andy so I know that his character must be as great as theirs.
>
> I own a pet sitting business and I have been caring for Elle and Mark's cats for many years. They took in Andy's 2 cats when he was incarcerated. They knew how dearly he loved his pets. So I have cared for his cats over the past 27 months also when they are away from home. Andy lost one of his cats to cancer during his incarceration. He was so appreciative of my care for him and my continued care for his other cat when I am pet sitting for Elle.
>
> Andy's love and empathy for animals shows me that he will be a great asset to any community upon release. Please consider this and let Andy come home to family, friends and Frankie, his cat.
>
> Thank you for reading this letter to help you with your decision.
>
> Janette Atkinson
> No Place Like Home Pet Sitters
> Mogadore, Ohio
>
> Sent from Proton Mail for iOS

Dear Judge Barrett,

I am writing on behalf of Andy Golobic.

Andy I have been friends for over 25 years. Andy has been a kind, caring and loyal friend to me for as long as Ive known him. He has been there for me through that both good and bad times by lending an ear or a hand as needed.

He is a man of good character and grace. If ever he needed something from me I would gladly ablige.

When I was dealing with depression and anxiety of finding out that I had heart disease, Andy was right by my side to offer an optimisitc view. When I lost my mother to COPD and cancer, he was there to lend a caring hand.

When ever I was down on my luck Andy was always there to assist me and encouraged me.

Andy has been like a brother to me since the days we spent together in the US Navy.

I trust Andy unequivocally!

Sincerely,

Justin A. Hall

9/28/2024



## DONOVAN, KLIMCZAK & COMPANY
CERTIFIED PUBLIC ACCOUNTANTS

I respectfully would like the justice officials and departments to hear my opinion, that in the professional relationship I have had with Andrew Golobic, his demeanor via representative and his integrity to pay his tax debts timely and provide me with quality and complete information have been impeccable. He is an honest gentlemen, in my opinion, based on observations and representative conversations.

Thank you for your consideration of my observations and opinions.

Very Sincerely Yours,

Stephen H. Wolfe
Senior Staff Accountant

484 South Miller Road • Fairlawn, OH 44333 • PHONE 330-836-9331 • FAX 330-869-9991 • WEB www.dkc-cpa.com